IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH AGNELLO, | ) |
| | ) |
|     Plaintiff and Counterclaim Defendant, | ) |
| | ) No. 1:15-cv-00943 |
| v. | ) Judge Sara L. Ellis |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
|     Defendant and Counterclaim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LEONARD A. PESZ, | ) |
| | ) |
|     Counterclaim Defendant. | ) |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

Plaintiff, Mr. Joseph Agnello, and Defendant, the United States, hereby move for entry of stipulated judgment against the Plaintiff in the amount of $42,899.83 plus interest according to law from March 30, 2015.

Plaintiff is contemporaneously e-mailing to the Court the proposed stipulated judgment, which Plaintiff and Defendant have agreed to, on this 19th day of April, 2016.

Respectfully submitted this 19th day of April, 2016.

| | |
|---|---|
| */s/Michael D. Educate* | */s/Stephen T. Lyons* |
| MICHAEL D. EDUCATE | STEPHEN T. LYONS |
| MAYER BROWN LLP | Senior Trial Attorney, Tax Division |
| 71 South Wacker Drive | U.S. Department of Justice |
| Chicago, IL 60606 | P.O. Box 55, Ben Franklin Station |
| (312) 701-7290 | Washington, D.C. 20044 |
| | (202) 307-6546 |
| | |
| Attorney for Plaintiff | Attorney for Defendant |